JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SONYA ANGEL RICHARDSON,      )   No.  CV 15-118 DOC (FFM)
                             )
                Petitioner,  )
                             )   JUDGMENT
        v.                   )
                             )
CAROLYN W. COLVIN, Acting    )
Commissioner of the Social Security )
Administration,              )
                             )
                Respondent.  )
_____)

        Pursuant to the Order Accepting Findings, Conclusions and Recommendations of

United States Magistrate Judge,

        IT IS ADJUDGED that the above-captioned action is remanded to the

Commissioner of Social Security for further proceedings consistent with the Final

Report and Recommendation.


DATED:  July 7, 2016


                                        _David O. Carter_____
                                        DAVID O. CARTER
                                        United States District Judge